UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NELSON,<br><br>        Plaintiff,<br><br>    v.<br><br>F. HOFFMANN-LA ROCHE, INC., et al.,<br><br>        Defendants. | Case No. 21-cv-10074-TLT<br><br>**ORDER DISMISSING ACTION** |

The Court issued an order granted the motion to dismiss Plaintiff John Nelson's complaint that was filed by Defendants F. Hoffman-La Roche, Inc., Roche Laboratories, Inc., Genentech, Inc. and Genentech USA, Inc. on November 28, 2022. ECF No. 82. Having dismissed the complaint, the Court hereby orders that the above-titled action be DISMISSED in its entirety, with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 1, 2022

                                                          TRINA L. THOMPSON<br>
                                                          United States District Judge